## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BIJAN FARHANGUI,** | CIVIL ACTION |
| **Plaintiff,** | |
| v. | |
| **DOUGLAS R. GROSSINGER,** | NO. 20-2002 |
| **Defendants.** | |

### O R D E R

AND NOW, this 28th day of August, 2020, upon consideration of Bijan Farhangui's Motion to Dismiss Douglas Grossinger's Counterclaims (ECF No. 16), Grossinger's Response in Opposition (ECF No. 20), and Farhangui's Reply in Support (ECF No. 26), it is **ORDERED** that the Motion is **GRANTED** as to Grossinger's claims for fraudulent concealment (Count I), fraudulent inducement (Count II), fraudulent misrepresentation (Count III), negligent misrepresentation (Count IV) and breach of the implied covenant of good faith (Count V); these claims are **DIMISSED WITH PREJUDICE**. It is further **ORDERED** that the Motion is **DENIED** as to Grossinger's request for a declaratory judgment (Count VI).

**BY THE COURT:**

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**