# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BIJAN FARHANGUI,**<br>              **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **DOUGLAS R. GROSSINGER,**<br>              **Defendant.** | **NO.  20-2002** |

## O R D E R

**AND NOW**, this 4th day of January, 2021, upon consideration of Plaintiff's Motion for Summary Judgment (ECF 35), Defendant's Response (ECF 40), and the Reply thereto (ECF 41),

**IT IS ORDERED** that the Motion is **GRANTED.**  It is **ORDERED FURTHER** that**:**

(1) **JUDGMENT IS ENTERED IN FAVOR** of Plaintiff and **AGAINST** Defendant on Plaintiff's claims for breach of contract (Counts I and II of Plaintiff's Complaint) in the amount of $321,451.61;

(2) **JUDGMENT IS ENTERED IN FAVOR** of Plaintiff and **AGAINST** Defendant on Defendant's counterclaim for declaratory judgment (Count VI of Defendant's counterclaims);

(3) Plaintiff's claim for unjust enrichment (Count III of Plaintiff's Complaint) is **DISMISSED**;

(4) Plaintiff is **HEREBY GRANTED** leave to file a motion for attorneys' fees and costs no later than **January 25, 2021**.

(5) Should Plaintiff file a motion for attorneys' fees and costs, Defendant shall file a response to Plaintiff's motion for attorneys' fees and costs no later than **February 8, 2021**.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**