IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BIJAN FARHANGUI,**<br>           **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **DOUGLAS R. GROSSINGER,**<br>           **Defendants.** | **NO.  20-2002** |

## O R D E R

**AND NOW,** this 23rd day of March 2021, upon consideration of Plaintiff Bijan Farhangui's Motion for Attorneys' Fees and Costs (ECF No. 53), Defendant Douglas R. Grossinger's Response in Opposition (ECF No. 56), and Plaintiff's Response in Support (ECF No. 60), it is **ORDERED** that the Motion is **GRANTED** and Defendant shall reimburse Plaintiff $112,459.75 in attorneys' fees and $3,117.28 in costs.

The Clerk of Court is **DIRECTED** to **TERMINATE** this case and marked it **CLOSED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**